**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 20-23297-CIV-WILLIAMS**
**CASE NO. 19-20122-CR-WILLIAMS**

ROLAND RODRIGUEZ,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER DISMISSING CASE**

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 13) ("Report").

Pursuant to 28 U.S.C. § 2255, Plaintiff filed a *pro se* Motion to Vacate attacking the constitutionality of his conviction and sentence for Hobbs Act robbery and related offenses in Case No. 19-20122-CR-Williams. (DE 1). In the Report, Magistrate Reid recommends Plaintiff's Motion to Vacate be dismissed without prejudice for failure to comply with Court orders.[1] Plaintiff did not file objections to the Report, and the time to do so has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that the conclusions in the Report (DE 13) are **AFFIRMED AND ADOPTED**.

---

[1] On August 10, 2020 the Court ordered Plaintiff to file an affidavit and evidence of his claim. (DE 6). On October 16, 2020, the Court again ordered Plaintiff to file an affidavit setting forth his testimony and evidence of his claim no later than November 13, 2020. (DE 11). Since the Plaintiff filed his initial Motion to Vacate on August 6, 2020, he has not filed any additional materials or complied with the Court's orders.

For the reasons set forth in the Report, this case is **DISMISSED** without prejudice. All pending motions are **DENIED AS MOOT**, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 2nd day of February, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:   Roland Rodriguez, *Pro Se*
      Reg. No. 18034-104
      F.C.I. - Butner Medium II
      Inmate Mail/Parcels
      Post Office Box 1500
      Butner, NC 27509

      Peter Link, AUSA
      US Coast Guard
      Seventh District
      909 SE First Ave Suite 918
      Miami, FL 33131
      Email: peter.link@usdoj.gov